In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00182-CV**
_____

**IN THE INTEREST OF T.C. AND C.C.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-219,032**

**MEMORANDUM OPINION**

The trial court signed a judgment terminating L.F.'s parental rights on February 20, 2015. Notice of appeal was due to be filed on March 12, 2015. *See* Tex. R. App. P. 26.1(b). L.F. filed notice of appeal with the trial court on May 12, 2015. On May 18, 2015, we notified the parties that the notice of appeal did not appear to have been timely filed.

On June 5, 2015, L.F. filed a response with this Court requesting an extension of time, but failed to establish that the notice of appeal was timely filed. L.F. filed notice of appeal more than twenty days from the date of the judgment

and outside the time during which we may grant an extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. This Court lacks jurisdiction over L.F.'s appeal. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on July 1, 2015
Opinion Delivered July 2, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.